

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| LAURI ANN LABREE, | § | No. 08-16-00325-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D03598) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **July 5, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph D Vasquez, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 5, 2017.

IT IS SO ORDERED this 9th day of June, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.